Entered on Docket March 12, 2012

**Below is the Order of the Court.**

_Karen A. Overstreet_
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>RYAN PAUL SHIPLEY and<br><br>HEATHER M SHIPLEY,<br><br><br>Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 09-18416-KAO<br><br>STIPULATED ORDER RESOLVING<br>TRUSTEE'S MOTION TO DISMISS<br>CASE |

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss case. Based on the stipulation of the parties, it is

ORDERED that:

1) By March 16, 2012, the debtors shall file and note a post-confirmation amended plan that provides for a sufficient monthly payment for timely completion of the plan. The debtors shall file the amended plan pursuant to Local Bankruptcy Rule 3015-1(i), and the debtors shall set the amended plan for hearing on the Court's April 11, 2012 motion calendar; and

2) Debtors are required to make the plan payment each month for the six month period beginning April, 2012. If the debtors fail to make any plan payment during this six month period, the Trustee may submit an *ex parte* order dismissing this case.

/ / /End of Order/ / /

STIPULATED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 09-18416-KAO    Doc 75    Filed 03/12/12    Ent. 03/12/12 15:15:30    Pg. 1 of 2

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

Stipulated:

*/s/ Thomas D. Neeleman* [approved via email]
Thomas D. Neeleman, WSBA #33980
Attorney for Debtor(s)

STIPULATED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282